No. 85–1347. PENNSYLVANIA *v.* RITCHIE. Sup. Ct. Pa. [Certiorari granted, 476 U. S. 1139.] Motion of Sunny von Bulow

National Victim Advocacy Center, Inc., et al. for leave to file a brief as *amici curiae* granted.